UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| ROCKY HERMANNS-RAYMOND, | CIV. NO. 24-00286 LEK-RT |
| Plaintiff, | |
| vs. | |
| JERMAINE LEWIS, | |
| Defendant. | |

**ORDER WITHDRAWING REFERRAL TO THE CIVIL PRO BONO PANEL AND ISSUING BRIEFING DEADLINES FOR THE PENDING MOTION TO DISMISS**

On July 5, 2024, pro se Plaintiff Rocky Hermanns-Raymond ("Hermanns-Raymond") filed his Prisoner Civil Rights Complaint ("Complaint"). [Dkt. no. 1.] On April 10, 2025, the Order Referring Case to the Civil Pro Bono Panel ("Referral Order") was issued. [Dkt. no. 21.]

On June 5, 2025, Hermanns-Raymond filed a document titled "Notice of Appeal" ("6/5 Filing"). [Dkt. no. 27.] Because Hermanns-Raymond is proceeding pro se, his filings must be liberally construed. See Erickson v. Pardus, 551 U.S. 89, 94 (2007) (per curiam). Hermanns-Raymond's 6/5 Filing is liberally construed as a statement that he objects to the potential appointment of pro bono counsel because he wishes to proceed pro se. In light of the 6/5 Filing, the Referral Order is WITHDRAWN. **Hermanns-Raymond must proceed pro se in this case,**

**and he will therefore be responsible for meeting all deadlines in this case and for complying with all applicable court rules.**

At the time the Referral Order was issued, Defendant JaMaine Lewis's ("Officer Lewis") motion to dismiss the Complaint was pending. <u>See</u> Motion to Dismiss Complaint Filed July 5, 2024 (Dkt. 1), filed 4/9/25 (dkt. no. 19) ("Motion"). Hermanns-Raymond is DIRECTED to file a response to the Motion by **June 27, 2025.** If Officer Lewis chooses to file an optional reply in support of the Motion, Officer Lewis must do so by **July 11, 2025.** The Motion will be taken under advisement thereafter and will be decided without a hearing pursuant to Rule LR7.1(c) of the Local Rules of Practice for the United States District Court for the District of Hawaii.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, June 6, 2025.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge

ROCKY HERMANNS-RAYMOND VS JERMAINE LEWIS; CR 24-00286 LEK-RT; ORDER WITHDRAWING REFERRAL TO THE CIVIL PRO BONO PANEL AND ISSUING BRIEFING DEADLINES FOR THE PENDING MOTION TO DISMISS