IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROCKY HERMANNS-RAYMOND,<br><br>Plaintiff,<br><br>vs.<br><br>JERMAINE LEWIS,<br><br>Defendant. | CIV. NO. 24-00286 LEK-RT<br><br>FINDINGS AND RECOMMENDATION TO DISMISS THIS CASE |

**FINDINGS AND RECOMMENDATION TO DISMISS THIS CASE**

On April 21, 2026, Defendant Jermaine Lewis ("Defendant") filed a *Return of Service and Acknowledgement of Personal Service* (ECF No. 62) indicating personal service of *Defendants' Statement Noting Death of Plaintiff* ("Suggestion of Death") (ECF No. 44) was made on April 17, 2026 on Plaintiff's father, Guy Randall Raymond. ECF No. 62. The 90-day period established by Rule 25(a)(1) was thus triggered on April 17, 2026. Fed. R. Civ. P. 25(a)(1).

If a motion for substitution "is not made within 90 days after service of a statement noting death, the action by or against the decedent **must** be dismissed." *Id*. (emphasis added). To date, no motion for substitution has been filed, much less timely filed during the 90-day period.

Accordingly, Plaintiff's father, having been personally served with the *Suggestion of Death*, and no motion for substation having been filed during the 90-day period following service, this Court **FINDS AND RECOMMENDS** this action be **DISMISSED**.

IT IS SO FOUND AND RECOMMENDED.

DATED: Honolulu, Hawaii, July 23, 2026.

Rom A. Trader
United States Magistrate Judge